IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **KIMBERLEE THOMPSON, et al,**<br><br>    Plaintiffs,<br><br>    v.<br><br>**ASANTE HEALTH SYSTEM and DOES 1 THROUGH 50,**<br><br>    Defendants. | Case No. 1:23-cv-00486-CL<br>ORDER |

MCSHANE, Judge:

Magistrate Judge Mark D. Clarke filed a Findings and Recommendation (ECF No. 33), and the matter is now before this Court on both Plaintiffs' and Defendants' objections. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). I review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct.

Magistrate Judge Clarke's Findings and Recommendation is adopted in full.

IT IS SO ORDERED.

DATED this  7th   day of November, 2023.

                                    /s/Michael McShane
                                    Michael McShane
                                    United States District Judge

1 –ORDER